UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEXT CLEANERS, LLC,**<br><br>Planitiff,<br><br>v.<br><br>**JONATHAN MIODUSZEWSKI, et al.,**<br><br>Defendants. | Case No.: 17-00222-MCA-MAH<br><br>**ORDER DISMISSING COMPLAINT AS TO DEFENDANT JON SIMKOWITZ PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**THIS MATTER** comes before the Court by way of motion of defendant Jon Simkowitz (the "Defendant") to dismiss the Complaint filed on behalf of plaintiff Next Cleaners, LLC (the "Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6), and for good cause shown,

**IT IS** on this 20th day of March 20, 2017, hereby,

**ORDERED** that the Defendant's motion is hereby **GRANTED**; and it is further

**ORDERED** that the Complaint is hereby **DISMISSED WITH PREJUDICE** as to the Defendant.