

THE
# VAZQUEZ
LAW FIRM

PETER J. VAZQUEZ, JR.
*NJ & NY BARS*

JEFFREY HELDMAN
*NJ & NY BARS*

STEVEN L. VAZQUEZ
*NJ & NY BARS*
*OF COUNSEL*

January 15, 2019

***Via Upload to ECF***

Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:   Next Cleaners, LLC v. Jonathan Mioduszewski, et. als.**
**Case No.: 17-222-MCA-MAH**

Dear Judge Hammer:

Please accept this letter as an update from the parties as to the items listed in the Court's December 19, 2018 Text Order. Mr. Mioduszewski encountered some health complications and is unable to produce his documents by the time period proscribed by the Court. However, counsel for the other parties graciously consented to extend the date for production of documentation to January 22, 2019.

At this time no other dates needs to be adjusted and the parties are determined to complete the ordered tasks by the February 8, 2019 conference call with the Court. If any other complications arise we will promptly contact the Court.

Thank you.

Respectfully,

*/s Jeffrey Heldman*

JEFFREY HELDMAN, ESQ.

Enc.
cc:   Julio Gomez, Esq. (by email)
      Joseph Shapiro, Esq. (by email)

SO ORDERED
s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.
Date: 1/17/2019

---

TEL 973.434.7062
FAX 973.434.7063

18 HOOK MOUNTAIN ROAD, SUITE 201
PINE BROOK, NEW JERSEY 07058

jheldman@vazquezfirm.com
www.vazquezfirm.com