UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXT CLEANERS, LLC,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>JONATHAN MIODUSZEWSKI, JON SIMKOWITZ, YELLOW BEAR CLEANERS (WESTFIELD), and YELLOW BEAR CLEANERS (CRANFORD),<br><br>　　　　　Defendants. | Civil Action No.<br><br>17-cv-0222 (MCA) (MAH) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 102.1, the undersigned brings this motion to withdraw as counsel of record for Plaintiff Next Cleaners, LLC ("Plaintiff") in the above-captioned matter. Jason S. Kanterman will no longer be associated with this firm or this matter as he will be transitioning to a judicial clerkship within this district.  Plaintiff will continue to be represented by the other attorneys of Gomez LLC.

**WHEREFORE**, the undersigned hereby requests that the Court grant his motion to withdraw as counsel of record for Plaintiff, and direct the Clerk of the Court to remove the undersigned from the CM/ECF service list for this matter.

Dated: June 13, 2019

                                                  Respectfully submitted,

                                                  /s/ Jason S. Kanterman
                                                  *Of Counsel*, GOMEZ LLC
                                                  Attorney At Law
                                                  152 Paterson Road
                                                  Fanwood, NJ 07023
                                                  Tel: 908-789-1080
                                                  Fax: 908-789-1081

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, I electronically filed the foregoing Motion to Withdraw with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Jason S. Kanterman