

# Cranford Police Department
8 Springfield Avenue, Cranford, NJ 07016
Phone: 908-272-2222  Fax: 908-709-7342  Mun. Code: 2003

## CAD Report

| CAD # | Case # | Date | Time of Call | Dispatched | Arrived | Cleared | 911 |
|---|---|---|---|---|---|---|---|
| 16-14343 | | 03/22/16 | 11:36 | 11:37 | 11:43 | 11:57 | |

| Reg. | St. | Race Code | Citations | Warning |
|---|---|---|---|---|
| | | | | |

**Incident Type:** Theft 2C:20-3
**Business / School / Location Name:**

**Location:**
| Street # | Street Name | Apt. # | At Intersection of: |
|---|---|---|---|
| 11 | Walnut Avenue | | |

| Caller (Lastname, Firstname) | Caller Address | Caller Phone |
|---|---|---|
| Mioduszewski, Jonathan | 701 Colonial Ave, Union, NJ 07083-7437 | 908-868-7565 |

**Notes**

| | Time | Entered By |
|---|---|---|
| Caller reports possible theft. | 03/22/16 11:37 | o-digiovine |
| Matter of record only. | 03/22/16 11:57 | s-jones |

| Officer(s) | Car(s) | Dispatched | Arrived | Cleared | Response Time | Time on Scene |
|---|---|---|---|---|---|---|
| Ptl. Robert Jordan 99 | 43 | 11:37 | 11:43 | 11:57 | 00:06 | 00:13 |

**Average Response Time for this Call:** 00:06:08

**Dispatched By:** o-digiovine