# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEXT CLEANERS, LLC,** | Civil Action No. 17-222 (MCA) (MAH) |
| Plaintiff, | |
| v. | ORDER |
| **JONATHAN MIODUSZEWSKI, et al.,** | |
| Defendants. | |

**THIS MATTER** having come before the Court by way Plaintiff's May 19, 2020 informal application to compel compliance with subpoenas served on NextCleaners.com of Westfield, Next Cleaners of Cranford, Nexus Resources, and Blue Sky Investments [D.E. 82], and Defendant Pro Se Jonathan Mioduszewski's motion to quash and for a protective order [D.E. 92];

and the Court having considered the parties' submissions and attachments thereto;

and the Court having held a telephone conference with the parties on the record on September 18, 2020 to discuss the applications;

and for the reasons set forth in an oral opinion delivered on the record on September 18, 2020;[1]

and for good cause shown:

**IT IS on this 18th day of September 2020,**

**ORDERED THAT:**

1. Plaintiff's application to compel compliance with the subpoenas served on NextCleaners.com of Westfield, Next Cleaners of Cranford, Nexus Resources, and Blue Sky Investments [D.E. 82] is DENIED, and those subpoenas are hereby QUASHED.

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).

2. Defendant Pro Se Jonathan Mioduszewski's motion to quash and for a protective order [D.E. 92] is DENIED as moot.

3. The parties will meet and confer on the scheduling of depositions. All depositions are to be completed not later than **November 15, 2020**. On or before **September 30, 2020**, the parties will provide the Court with the date, time, and manner of deposition (eg., Zoom) for each witness to be deposed. Thereafter, no deposition may be adjourned without advance leave of the Court.

4. There will be a telephone conference in this matter on **December 9, 2020, at 3:00 p.m.** The parties will dial 1-888-684-8852, and enter 1456817# to join the conference.

*s/ Michael A. Hammer*
**Hon. Michael A. Hammer**
**United States Magistrate Judge**