# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Jonathan Mioduszewski, propria persona

| | |
|---|---|
| NEXT CLEANERS, LLC, | Civil Case No.: 17-222-MCA-MAH |
| Plaintiff, | |
| vs. | |
| JONATHAN MIODUSZEWSKI, JON SIMKOWITZ, YELLOW BEAR CLEANERS (WESTFIELD), and YELLOW BEAR CLEANERS (CRANFORD), | **REQUEST RESCHEDULE OF DEFENDANT DEPOSITION DUE TO INCLIMENT WEATHER AND SETTLEMENT DISCUSSIONS** |
| Defendants. | |
| JON SIMKOWITZ, | |
| Counterclaimant, | |
| vs. | |
| NEXTCLEANERS, LLC, | |
| Counterdefendant. | |

**TO:**

Julio Gomez, Esq.  
Gomez LLC  
310 Morris Avenue, Suite 301  
Elizabeth, New Jersey 07201  
Attorneys for Next Cleaners, LLC  
jgomez@gomezllc.com

Joseph Shapiro, Esq.  
Middlebrooks Shapiro P.C.  
841 Mountain Avenue, First Floor  
Springfield, New Jersey 07081  
Attorneys for Jon Simkowitz  
jshapiro@middlebrooksshapiro.com

Judge Hammer,

    I am informing the court that all parities have consented to reschedule depositions. I am applying for the courts authorization to reschedule of the deposition slated February 3, 2021 to a new date of February 27, 2021. Heavy snow has forced the closure of business for two days which necessitates our hands-on operation during the scheduled deposition window.

    Also, NEXT and I have opened serious discussions around settling this matter and the allotted time would be used to explore and potentially finalize a settlement. I strongly believe that all parties can come to a resolution.

    Thank you,

    BY: Jonathan Mioduszewski, propria persona

Date: February 02, 2021.