UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXT CLEANERS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>JONATHAN MIODUSZEWSKI,<br>JON SIMKOWITZ, YELLOW BEAR<br>CLEANERS (WESTFIELD), and YELLOW<br>BEAR CLEANERS (CRANFORD), | Civil Action No.<br><br>17-cv-0222 (MCA) (MAH)<br><br>STATUS REPORT AND<br>CERTIFICATION OF COUNSEL |

　　　　Pursuant to 28 U.S.C. § 1746, I, **JULIO C. GOMEZ**, of full age certify as follows:

　　　　1.　　I am a solo practitioner for the firm GOMEZ LLC Attorney At Law, counsel for Plaintiff Next Cleaners, LLC in the above-captioned matter. I submit this Certification pursuant to the Court's Text Order dated April 30, 2021 (Dkt. No. 121).

　　　　2.　　The parties have continued to confer and make progress on settlement. Undersigned counsel and defendant Mioduszewski conducted an additional Zoom call with SPOT, Plaintiffs' point of sale payment processing system vendor, to coordinate a second data pull that will form part of the consideration in the settlement being worked out between the parties.

　　　　3.　　Defendant Mioduszewski has represented that he is satisfied with the data that will be exchanged for purposes of settlement. Communications with SPOT are completed and the parties are now finalizing settlement terms and provisions.

　　　　4.　　Plaintiff has transmitted to defendant Simkowitz and to defendant Mioduszewski revised drafts of written settlement agreements resolving all claims; final comments and revisions from defendants are pending.

5.	The parties expect to submit executed settlement agreements and a proposed Order for the court to retain jurisdiction during the scheduled payout of settlement funds within the next two (2) weeks.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2021	*s/ Julio C. Gomez*
	Julio C. Gomez

	GOMEZ LLC ATTORNEY AT LAW
	1451 Cooper Road
	Scotch Plains, NJ 07023
	Tel 908.789.1080
	Fax 908.780.1081
	Email jgomez@gomezllc.com